

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY DOYLE YOUNG,

    Petitioner

v.

JEFF SESSIONS, U.S. Attorney
General; JUDICIAL COUNCIL,
ELEVENTH CIRCUIT; JUDICIAL
CONFERENCE COMMITTEE; DEPT.
OF JUSTICE; and UNITED STATES,

    Respondents

CIVIL ACTION FILE NO.
1:18-CV-2932-ODE-JSA

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed July 6, 2018 [Doc. 2] ("R&R"). No objections have been filed.

In the R&R, Magistrate Judge Anand recommends that this action be dismissed pursuant to 28 U.S.C. § 1406(a) because venue is not proper here and, given Petitioner's history of abusive litigation and the sanctions imposed on Petitioner's filings in the District of Colorado, it is not in the interest of justice to transfer the case to that court.[1]

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this case is DISMISSED.

---

[1] The Court notes Petitioner's "Amended Complaint" was docketed in this Court on July 20, 2018 [Doc. 4]. However it does not change the reasoning of this Court's decision.

SO ORDERED, this 27 day of September, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE